IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

JILL GAGLIARDI                                  :

    Plaintiff                                  :

v                                               :        Civil Action No.: AMD-01-3892

BACH, KAHN and MORSE                            :

    Defendants                                 :
                                                oOo

## ORDER

For the reasons stated in the foregoing Memorandum, it is this \_\_9th\_\_ day of January, 2002, hereby ORDERED that:

1. Plaintiff's Motion for Appointment of Counsel is **DENIED**;

2. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* is **GRANTED**;

3. The Clerk is directed to mail copies of this Order and the foregoing Memorandum to Plaintiff; and

4. The Clerk is directed to **CLOSE** this file.

                                       /s/ Andre M. Davis
                                       Andre M. Davis
                                       United States District Judge

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

JILL GAGLIARDI                          :

    Plaintiff                        :

v                                       :       Civil Action No.: AMD-01-3892

BACH, KAHN and MORSE                    :

    Defendants                       :
                                oOo

**MEMORANDUM**

On December 17, 2001 Jill Gagliardi, a resident of St. Charles Missouri, filed a civil complaint against the above named defendants alleging, *inter alia*, that their negligent conduct deprived her of a rightful award of disability benefits. Paper No. 1. Ms Gagliardi filed her complaint *pro se* and includes motions for appointment of counsel and to proceed without pre-payment of costs. This Court has discerned from the content of her complaint that all defendants named in Ms. Gagliardi's complaint are, like her, residents of the State of Missouri. While it is difficult to discern the particular elements of Plaintiff's claim from her complaint, it is clear that the conduct upon which Plaintiff's claim is based occurred outside the State of Maryland and that all of the parties live in Missouri. A review of the venue statutes under 28 U.S.C. §§ 1391(a) and 1391(c) illustrates that venue is not proper in this jurisdiction. Accordingly, this case will be dismissed pursuant to 28 U.S.C. § 1406(a). A separate order follows.

1\9\2002
Date

Andre M. Davis
United States District Judge